IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEQUINCY JANET**                                                                                          **PETITIONER**

V.                                       **NO. 4:21-CV-00933-LPR-JTK**

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**                                                         **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

SO ORDERED this 3rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE